# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00299-AWI |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| MARIO CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the stipulation by and between the United States Attorney's Office by and through ASST. UNITED STATES ATTORNEY MARK McKEON and Defendant, MARIO CHAVEZ, by and through his attorney of record, GREGORY H. MITTS, who is authorized by defendant to enter into this Stipulation, the Status Conference presently scheduled for the hour of 9:00 a.m. on January 12, 2009 before the HONORABLE ANTHONY ISHII shall be continued for further Status Conference in this court before JUDGE ISHII on February 23, 2009 at the hour of 9:00 a.m.   It is further stipulated that Defendant CHAVEZ will continue to exclude time through and including February 23,. 2009.

IT IS SO ORDERED.

**Dated:   January 9, 2009**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE