**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. 1:07-CR-00299-AWI |
| Plaintiff,  ) | ORDER FOR EXAMINATION OF |
| )  | DEFENDANT'S MENTAL |
| v.  ) | COMPETENCY |
| )  | |
| MARIO CHAVEZ,  ) | |
| )  | |
| Defendant.  ) | |

It appearing to the Court that the defendant, MARIO CHAVEZ, is charged by indictment with violation of 18 USC 641 and 42 USC 408 (a) (4); that representations have been made that he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; that it, appearing that inquiry should be made of DR. DEAN HADDOCK of Bakersfield, California, it is

ORDERED that DR. HADDOCK be and is hereby appointed and directed under 18USC 4241 (b) to examine the mental condition of said defendant and to make a written report to the Court of his findings as soon as practicable, but in any event not to exceed 30 days, in which report DR. HADDOCK shall include the information required by 18 USC 4247 (c), to wit;

1. The defendant's history and present symptoms;

///

///

2. A description of the psychiatric, psychological and medical tests that were employed and their results;

3. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS SO ORDERED.

Dated:   **June 4, 2009**                               /s/ **Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE