```
LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO.1:07-cr-00299 AWI |
| ) | |
| ) | ORDER FOR COMPETENCY EXAMINATION |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| MARIO F. CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It appearing to the Court that the defendant, MARIO CHAVEZ, is charged by indictment with violations of 18 U.S.C. § 641 and 42 U.S.C. § 408 (a)(4); that representations have been made that he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and that the government has moved that the defendant be committed to the custody of the Attorney General for a psychiatric or psychological examination to

determine the defendant's mental competency to stand trial.

IT IS, THEREFORE, ORDERED THAT:

1. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period, but not to exceed thirty days.  Unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the court.

2. The director of the facility may apply for a reasonable extension, but not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

3. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.

4. The psychiatrists or psychologists at the designated facility are ordered to file a psychiatric or psychological report with the court, with copies provided to the counsel for the defendant and the attorney for the government.  The report shall include the information required by 18 U.S.C. § 4247 (c), to wit;

    A. The defendant's history and present symptoms;

    B. A description of the psychiatric, psychological and medical tests that were employed and their results;

    C. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is

//

//

unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    5.   The defendant is ordered to surrender to the U.S. Marshal's Service in Fresno, California, on August 20, 2009, at 12:00 noon.

IT IS SO ORDERED.

**Dated:   August 13, 2009**          /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE