LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>MARIO F. CHAVEZ,<br><br>                      Defendant. | CR NO.1:07-cr-00299 AWI<br><br>MOTION FOR MODIFICATION OF ORDER FOR COMPETENCY EXAMINATION; DECLARATION OF MARK J. McKEON; ORDER THEREON; and ORDER SETTING STATUS CONFERENCE FOR SEPTEMBER 8, 2009 |

On August 10, 2009, the court directed that the defendant surrender to the U.S. Marshal's Service on August 20, 2009, so that he could be transported for a competency examination. The court entered a written Order for Competency Examination on August 14, 2009, confirming the order it made in court on August 10, 2009. The government moves for a modification of this order, based on the attached declaration of Mark J. McKeon.

//

//

//

Respectfully submitted this 27th day of August, 2009.

                           LAWRENCE G. BROWN
                           United States Attorney


                By   /s/ Mark J. McKeon
                    MARK J. McKEON
                    Assistant U.S. Attorney

DECLARATION OF MARK J. McKEON

I, MARK J. McKEON, hereby declare:

1. I am an Assistant United States Attorney. I am assigned the prosecution of Mario F. Chavez.

2. On August 10, 2009, the court directed that the defendant surrender to the U.S. Marshal's Service on August 20, 2009, so that he could be transported for a competency examination. The court entered a written Order for Competency Examination on August 14, 2009, confirming the order it made in court on August 10, 2009.

3. I promptly contacted the U.S. Marshal's Service to find out what information they would need to be able to process Mr. Chavez to the Bureau of Prisons for this examination. We were advised that the Marshal's Service needed Mr. Chavez's medical records (which we did not have) so that they could get the process going. Accordingly, on August 10, 2009, at 2:53 p.m., I sent the following email to Mr. Chavez's retained attorney, Gregory Mitts:

> Attaches is the draft order, submitted today.
>
> Please call Susan Perry at the U.S. Marshals in Fresno, 487-5573, as soon as possible. She needs medical records for Mario Chavez so that she can get this process going.
>
> Also, she thinks it will take more than 10 days to get BOP to tell her where he should go. I don't think the judge will have trouble extending the surrender date, if that is necessary.
>
> She also asked whether the order allowed Chavez to fly commercially to wherever he is going (say Springfield, MO), rather than surrender in Fresno. I said that the order does not permit this now, but if that is what he wants to do, I'm sure Judge Ishii would be willing to modify the order accordingly.
>
> Thanks.

4. I received no response from Mr. Mitts to this email.

5. On Friday, August 14, 2009, at 1:52 p.m., I received an

3

email from Susan Perry of the U.S. Marshal's Service, as follows:

> Mark –
> I just received your voice mail that Judge Ishii signed the competency order yesterday afternoon. As of 1:45 today, it has not been put in our in-box or sent to me in our e-mail. I need the original to send to BOP for designation; but, I would appreciate a copy.
>
> Also, I have not heard a word from the defense attorney on providing medical information so that the BOP can do their designation. You told me Monday that you would e-mail the defense attorney to contact our office. He has not.
>
> Since you're gone next week and Mr. Chavez is scheduled to surrender on 08/20/09 because of the 10-day "rule" will his surrendered be extended since documents were not provided to us as required.?
>
> Will someone else in your office know about this case since you're gone next week?
>
> Thank you, Susan

6.   On August 14, 2009, at 2:00 p.m., I responded to Susan Perry, with a copy of the email to retained defense attorney Gregory Mitts, by providing her with a copy of the email I sent to Gregory Mitts on August 10th. In this email, I also stated: "I will send [Gregory Mitts] a copy of this email so he gets another reminder that it is important for him to call you immediately. I would give you the information myself, but I don't have it."  I also advised Susan Perry and Gregory Mitts that because I would be on vacation the week of August 17, 2009: "By copy of this email I will ask Sheila Oberto if she (or someone she designates) could ride shotgun on this in case something needs to be done next week to extend the surrender date.   Since it is the defendant who now required to surrender to the U.S. Marshal's in Fresno on 8/20, I assume that Mr. Mitts (the defense attorney) will want to take the lead on getting something before Judge Ishii to modify the date, if

4

that is necessary."

7. When I returned from my vacation, I learned that Mr. Mitts had not provided the requested information to the U.S. Marshal's service, nor had he taken steps to modify the surrender date.

8. This morning, I spoke by phone with Laura Mitts, who advised me that she is Gregory Mitts's wife. She said that Gregory Mitts is in the hospital, and is not expected to be out of the hospital for another two-and-a-half weeks. She also advised me that although Mr. Mitts has other counsel who handle his state cases when he is not available, he has no one to handle his federal cases (such as this one) when he is not available. Thus, Mr. Chavez is effectively without legal representation at this moment.

9. I received a phone message from one of Mr. Chavez's family members who advised me that Mr. Chavez surrendered himself, as required, and is now being housed in the Kern County Jail. There are apparently some issues on how he is being treated there, since he is disabled, and according to the family member is not being provided with appropriate services for his disability.

10. To resolve this matter in the absence of Mr. Mitts, the government is moving for the court to modify the Order for Competency Examination and order that:

1. The defendant, Mario F. Chavez, shall be released immediately from the custody of the U.S. Marshals service;

2. Pending a further order, the court stays its Order For Competency Examination entered on August 14, 2009;

3. The court directs retained counsel, Gregory Mitts, within

5

<I>

<I><I>

```
            14 days, to provide the court with information on whether
            he can continue to represent Mr. Chavez, and when he will
            be able to provide the requested information to the U.S.
            Marshals' Service and the Bureau of Prisons; and
    4.      Time shall be excluded under the Speedy Trial Act
            pursuant to 18 U.S.C. 31761(h)(1)(A).
```

I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Mark J. McKeon
                                                MARK J. McKEON

6

ORDER

On motion of the government, and in light of the representation that Defendant's counsel is in the hospital and that Defendant is essentially without representation, IT IS HEREBY ORDERED that:

1. The defendant, Mario F. Chavez, shall be released immediately from the custody of the U.S. Marshals service;
2. Pending a further order, the court stays its Order For Competency Examination entered on August 14, 2009;
3. The court directs retained counsel, Gregory Mitts, (or his attorney designee) within 14 days, to provide the court with information on whether he can continue to represent Mr. Chavez, and when he will be able to provide the requested information to the U.S. Marshals' Service and the Bureau of Prisons;
4. Time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. 31761(h)(1)(A);
5. The Federal Defender's Office is appointed as temporary, **concurrent** counsel for Defendant Mario F. Chavez; and
6. A status conference on this matter will be held on September 8, 2009, at 9:00 a.m. in Courtroom No. 2 before Chief District Judge Anthony W. Ishii.

The undersigned issues this order due to the absence of Chief Judge Ishii, who is out of state on Court Business.

IT IS SO ORDERED.

Dated:   August 27, 2009           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE