DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIO F. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0299 AWI |
| Plaintiff, | ORDER RELIEVING THE OFFICE OF THE FEDERAL DEFENDER |
| v. | |
| MARIO F. CHAVEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Francine Zepeda, Assistant Federal Defender, and the Office of the Federal Defender be relieved as "temporary concurrent counsel for defendant" (CR 35) as Mr. Mitts is counsel of record for Mr. Chavez.

IT IS SO ORDERED.

Dated:   September 9, 2009              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE