```
LAWRENCE G. BROWN
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO F. CHAVEZ,<br><br>            Defendant. | CR NO.1:07-cr-00299 AWI<br><br>ORDER SETTING SURRENDER DATE FOR<br>COMPETENCY EXAMINATION |

It appearing to the Court that the defendant, MARIO CHAVEZ, is charged by indictment with violations of 18 U.S.C. § 641 and 42 U.S.C. § 408 (a)(4); that representations have been made that he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and that the government has moved that the defendant be committed to the custody of the Attorney General for a psychiatric or psychological examination to

1

determine the defendant's mental competency to stand trial.

    IT IS, THEREFORE, ORDERED THAT:

    1.   The Court refers to its previous "Order for Competency Examination" of August 14, 2009, C.R. 33.  In furtherance of that order, the defendant is ordered to surrender on October 19, 2009, at 12:00 noon to either (i) the place designated by the Bureau of Prisons for the conducting of the competency examination or (ii) the U.S. Marshal's Service in Fresno, California.  All other terms and conditions of the Court's "Order for Competency Examination" shall remain in full force and effect.

    2.   This matter is set for further status conference on October 19, 2009, at 9:00 a.m.

    2.   Time shall continue to be excluded until October 19, 2009, pursuant Title 18, United States Code, Section 3161(h)(1)(A).

IT IS SO ORDERED.

**Dated:   October 7, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2