**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. 1:07-CR-00299-AWI |
| )  | |
| Plaintiff,        ) | ORDER RESETTING SURRENDER DATE FOR COMPETENCY EXAMINATION |
| )  | |
| v.        ) | |
| )  | |
| MARIO F. CHAVEZ,        ) | |
| )  | |
| Defendant.        ) | |

It appearing to the Court that the defendant, MARIO CHAVEZ, is charged by indictment with violations of 18 U.S.C. § 641 and 42 U.S.C. § 408 (a) (4); that representations have been made that he is presenting suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and that the government has moved that the defendant be committed to the custody of the Attorney General for a psychiatric or psychological examination to determine the defendant's mental competency to stand trial.

IT IS, THEREFORE, ORDERED THAT:

1. The Court refers to its previous "Order for Competency Examination" of August 14, 2009, C.R. 33. In furtherance of that order, the defendant is ordered to surrender on **November 4, 2009, at 5:30 a.m. to the U.S. Marshal at the Fresno Air Terminal, Fresno, California**. All other terms and conditions of the Court's "Order for Competency Examination" shall remain in full force and effect.

2. This matter is set for further status conference on December 14, 2009, at 9:00 a.m.

3. Time shall continue to be excluded until December 14, 2009, pursuant to Title 18, United States Code, Section 3161 (h) (1) (A).

IT IS SO ORDERED.

**Dated:    October 26, 2009**                             /s/ Anthony W. Ishii
                                                                             CHIEF UNITED STATES DISTRICT JUDGE