BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARIO F. CHAVEZ,<br><br>　　　　　Defendant. | CR NO. 1:07-cr-00299 AWI<br><br>MOTION FOR APPROVAL OF<br>DEFERRED PROSECUTION AGREEMENT;<br>ORDER THEREON |

　　　On July 19, 2010, the United States of America, by and through BENJAMIN B. WAGNER, the United States Attorney for the Eastern District of California, and Assistant United States Attorney MARK J. McKEON, and defendant MARIO F. CHAVEZ ("Chavez"), and his attorney, GREGORY H. MITTS, entered into a Deferred Prosecution Agreement ("Agreement"). A copy of the Deferred Prosecution Agreement has been filed with the court. C.R. 48. Pursuant to the terms of that agreement, the government hereby moves that:

　　　1.　The court approve the Deferred Prosecution Agreement;

　　　2.　All further criminal proceedings, including trial, be continued for a period of twelve (12) months, until August 1, 2011;

　　　3.　Time be excluded under the Speedy Trial Act, 18 U.S.C. §

1

3161(h)(2) from July 19, 2010 until August 1, 2011; and

    4.   The Status Conference currently set for August 2, 2010, be vacated.  This matter will be set for a further status conference on August 1, 2011.

Dated: July 19, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

                              By:  /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   July 19, 2010                  /s/ [signature]
                                CHIEF UNITED STATES DISTRICT JUDGE