BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARIO F. CHAVEZ,<br><br>                Defendant. | CR NO. 1:07-cr-00299 AWI<br><br>MOTION TO DISMISS INDICTMENT;<br>ORDER THEREON |

    The United States Attorney's Office, pursuant to the Deferred Prosecution Agreement entered into on July 20, 2011 and Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against MARIO F. CHAVEZ with prejudice in the interest of justice.

Dated: August 5, 2011                BENJAMIN B. WAGNER
                                          United States Attorney

                            By:   /s/ Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney

<u>ORDER</u>

The Indictment in this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:     August 5, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE